In re **Dustin J Pebbles,**         Case No. **10-11805**
      **Crystal A Pebbles**

                                                                Debtors

# AMENDED/SUPPLEMENTAL
# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **352** <br><br>**Ivory Mortgage** <br>**978 Woodoak Lane** <br>**Salt Lake City, UT 84117** | | C | **3rd Mortgage/Notice Only representing J & C Lending** <br><br>**13283 South Cascade Glen Dr.** <br>**Draper UT 84020** <br>**3 bedroom 2 bath 1599 SF Single Family Home** <br> Value $      **385,000.00** | | | | 0.00 | 0.00 |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |

  **0** continuation sheets attached                                                  Subtotal <br> (Total of this page)      **0.00**      **0.00**

                                                                                    Total      **0.00**      **0.00**
                                                      (Report on Summary of Schedules)

In re **Dustin J Pebbles,**
**Crystal A Pebbles**
,
Debtors

Case No. **10-11805**

# AMENDED/SUPPLEMENTAL
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx xx. x4304**<br><br>**Accent Surfaces**<br>**4103 Soutn 500 West**<br>**Murray,, UT 84123** | | C | Credit | | | | 2,385.00 |
| Account No. **xxxxxxx # xx278-A**<br><br>**Accent Surfaces**<br>**4103 Soutn 500 West**<br>**Murray,, UT 84123** | | C | Credit | | | | 3,635.00 |
| Account No. **xxxxxxx # xx278-B**<br><br>**Accent Surfaces**<br>**4103 Soutn 500 West**<br>**Murray,, UT 84123** | | C | Credit | | | | 130.00 |
| Account No. **x4138**<br><br>**Bruce Kanevar DDS**<br>**5225 Wiley Post Way # 410**<br>**Salt Lake City, UT 84116** | | C | Services | | | | 761.61 |

__2__ continuation sheets attached

Subtotal (Total of this page) **6,911.61**

In re **Dustin J Pebbles,**
**Crystal A Pebbles**
,
Debtors

Case No. **10-11805**

# AMENDED/SUPPLEMENTAL
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2587** <br><br> **CCAM Enterprises LLC** <br> **2455 S 3600 W** <br> **Salt Lake City, UT 84119** | | C | **Breach of Contract** | | | | **86,299.93** |
| Account No. **xxxxxxxx-xx-xxxx xxx# xxx8674** <br><br> **Petaluma Emergency Phys Crop** <br> **P.O. BOX 10640** <br> **Westminster, CA 92685** | | C | **Dates of service 2/24/2010,2/07/10,** | | | | **683.00** |
| Account No. **xxx6186** <br><br> **Petaluma Emergency Phys Crop** <br> **P.O. BOX 10640** <br> **Westminster, CA 92685** | | C | **2/21/10** <br> **Services** | | | | **1,096.00** |
| Account No. **xxxx9134** <br><br> **Petaluma Emergency Phys Crop** <br> **P.O. BOX 10640** <br> **Westminster, CA 92685** | | C | **2/07/10** <br> **Services** | | | | **613.69** |
| Account No. **xxxxxxx9569** <br><br> **Quest Diagnostics** <br> **3714 Northgate Blvd.** <br> **Sacramento, CA 95834** | | C | **Services** | | | | **67.55** |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **88,760.17**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re **Dustin J Pebbles,**
**Crystal A Pebbles**
,
Debtors

Case No. **10-11805**

# AMENDED/SUPPLEMENTAL
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9635**<br><br>**Questar Gas**<br>**PO box 45841**<br>**Salt Lake City, UT 84139** | | C | **Services** | | | | 6.49 |
| Account No. **Flirty Girl Fitness Progarm**<br><br>**RMCB Collection Agency**<br>**2269 S Saw Mill River Rd Bld # #3**<br>**Elmsford, NY 10523** | | C | **Credit** | | | | 19.99 |
| Account No. **xxxxxxxx-002 4**<br><br>**Rocky Mountain Power**<br>**PO Box 25308**<br>**Salt Lake City, UT 84125** | | C | **Services** | | | | 64.34 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    90.82

Total (Report on Summary of Schedules)    95,762.60

# United States Bankruptcy Court
## Northern District of California

In re  **Dustin J Pebbles**
      **Crystal A Pebbles**
                        Debtor(s)

Case No.  **10-11805**
Chapter   **7**

## CREDITOR MATRIX COVER SHEET - AMENDED/SUPPLEMENTAL

I declare that the attached Creditor Mailing Matrix, consisting of __2__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **June 30, 2010**

**/s/ Linda S. Green**
Signature of Attorney
**Linda S. Green 231643**
**Law Office of Linda S. Green**
**100 E. Street, Suite 215**
**Santa Rosa, CA 95404**
**(707) 538-3795   Fax: (707) 538-1228**

Accent Surfaces
4103 Soutn 500 West
Murray,, UT 84123


Bruce Kanevar DDS
5225 Wiley Post Way # 410
Salt Lake City, UT 84116


CCAM Enterprises LLC
2455 S 3600 W
Salt Lake City, UT 84119


Ivory Mortgage
978 Woodoak Lane
Salt Lake City, UT 84117


North American Recovery
Re: Bruce Kochevar
5225 Wiley Post Way
Salt Lake City, UT 84116


Petaluma Emergency Phys Crop
P.O. BOX 10640
Westminster, CA 92685


Quest Diagnostics
3714 Northgate Blvd.
Sacramento, CA 95834


Questar Gas
PO box 45841
Salt Lake City, UT 84139

RMCB Collection Agency
2269 S Saw Mill River Rd Bld # #3
Elmsford, NY 10523


Rocky Mountain Power
PO Box 25308
Salt Lake City, UT 84125


Schmutz & Mohlman, LLC
Chris L. Schmutz #4759
533 West 2600 South #200
Bountiful, UT 84010

# United States Bankruptcy Court
## Northern District of California

In re    **Dustin J Pebbles**
        **Crystal A Pebbles**                    Case No.    **10-11805**

                       Debtor(s)                   Chapter     **7**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __4__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 30, 2010**             Signature    **/s/ Dustin J Pebbles**
                                                   **Dustin J Pebbles**
                                                   Debtor

Date   **June 30, 2010**             Signature    **/s/ Crystal A Pebbles**
                                                   **Crystal A Pebbles**
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.